THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark Steven
 Hoyt, Appellant.
 
 
 

Appeal From York County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No.  2009-UP-584
Submitted December 1, 2009  Filed December
 14, 2009
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor Kevin S.
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Mark Steven
 Hoyt appeals his convictions for possession of crack cocaine with intent to
 distribute and possession of crack cocaine with intent to distribute within
 proximity of a school, for which Hoyt received eight years' imprisonment, concurrent with one year of
 active time and two years' of probation, respectively.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule
 208(b)(1)(B), SCACR ("Ordinarily, no point will
 be considered which is not set forth in the statement of the issues on appeal."); State v. Bailey, 298 S.C. 1, 5-6, 377 S.E.2d 581, 584 (1989)
 (holding that an issue is not preserved when a party argues one ground for a
 directed verdict at trial and then an alternative ground on appeal).
AFFIRMED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.